UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN S. ADAMS,<br><br>                   Plaintiff,<br>    v.<br><br>MABURY, et al.,<br><br>                   Defendants. | CASE NO. 2:25-cv-01422-JLR-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: September 24, 2025 |

The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff Ryan Scott Adams, proceeding *pro se*, filed a proposed complaint on July 24, 2025. Dkt. 1. Plaintiff did not file the correct application for leave to proceed *in forma pauperis* (IFP). On July 29, 2025, the Clerk of Court sent Plaintiff a letter directing him to submit the correct application to proceed IFP and a prison trust account statement. Dkt. 3. The Clerk enclosed an IFP application form for Plaintiff's convenience. *See id*. The Clerk warned Plaintiff that if he did not provide the requested documents by August 28, 2025, this action could be subject to dismissal. *Id*.

REPORT AND RECOMMENDATION - 1

Plaintiff has not filed a corrected application to proceed IFP nor a prisoner trust account statement. Plaintiff has also not paid the filing fee or otherwise responded to the Clerk's Office letter. Therefore, the Court recommends this case be dismissed without prejudice.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit not later than **fourteen (14) days** from the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may be filed by **the day before the noting date**. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **September 24, 2025**.

Dated this 9th day of September, 2025.

David W. Christel
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2