UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RYAN SCOTT ADAMS,<br><br>                Plaintiff,<br><br>    v.<br><br>MABURY, et al.,<br><br>                Defendants. | CASE NO. C25-1422JLR<br><br>ORDER |

Before the court are (1) United States Magistrate Judge David W. Christel's report and recommendation, in which Magistrate Judge Christel recommends that the court dismiss this matter without prejudice due to Plaintiff Ryan Scott Adams's failure to file a corrected application to proceed in forma pauperis ("IFP") and (2) Mr. Adams's second application for leave to proceed IFP, which he filed after Magistrate Judge Judge Christel issued his report and recommendation. (R&R (Dkt. # 4); 2d IFP App. (Dkt. # 6).) In light of Mr. Adams's filing of an IFP application on the proper IFP form with an accompanying prison trust account statement, the court DECLINES to adopt the report

ORDER - 1

and recommendation (Dkt. # 4) and REFERS this matter back to Magistrate Judge Christel for consideration of Mr. Adams's second IFP application.

Dated this 25th day of September, 2025.

JAMES L. ROBART
United States District Judge

ORDER - 2