UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RYAN S. ADAMS,

            Plaintiff,

   v.

MABURY, et al.,

            Defendants.

CASE NO. 2:25-cv-01422-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, and having received no objections thereto, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's IFP application (Dkt. 6) is denied. Plaintiff must pay the $405.00 filing fee within 30 days of the date of this Order.

(3)    The Clerk is directed to terminate this case if the filing fee is not paid on or before the required deadline.

(4)    The Clerk is also directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

**DATED** this 15th day of October, 2025.

JAMES L. ROBART
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1